FILED
APR 27 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:22 CR 201 |
| v. | ) | Title 18, United States Code, |
| DARYLE LOGAN, | ) | Sections 922(g)(1) and 924(a)(2) |
| Defendant. | ) | JUDGE PEARSON |
| | | MAG JUDGE KNAPP |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about November 8, 2020, in the Northern District of Ohio, Eastern Division, Defendant DARYLE LOGAN, knowing he had previously been convicted of crimes, each punishable by imprisonment for a term exceeding one year, those being: Aggravated Robbery and Kidnapping, on or about August 5, 2007, in Case Number CR-07-494905-A, in Cuyahoga County Court of Common Pleas; and knowingly possessed a firearm to wit: an FN, model FNS-40 semi-automatic pistol, serial number GKU0152372, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant DARYLE LOGAN, shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.